THE PEOPLE OF THE* STATE OF NEW YORK ex rel. MORRIS RYMOSHOVSKY, Relator, v. JOHN P. LEO, as Commissioner of the Department of Street Cleaning of the City of New York, Respondent.— Writ dismissed and proceedings confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

HENRY J. SCHNITZER, Appellant, v. LOUIS M. JOSEPHTHAL and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MORRIS R. SILVERMAN, Respondent, v. NATHAN B. FINKELSTEIN, Appellant. MORRIS R. SILVERMAN, Respondent, v. NATHAN B. FINKELSTEIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

DIAMOND CRAVAT Co., INC., Appellant, v. EAGLE, STAR AND BRITISH DOMINIONS INSURANCE COMPANY, LTD., OF LONDON, ENGLAND, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

LOUIS GARCIN, as Administrator, etc., Respondent, v. JAMES REGAN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ADDIE LOUISE B. JONES, Respondent, v. JOHN THWAITES, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

OLGA GRODSKY, Respondent, v. HENRY GRODSKY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of the Estate of GEORGE W. PARSONS, Deceased.— Order affirmed, with ten dollars costs and disbursements, on the opinion of Foley, S. [121 Misc. Rep. 747.] Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

CHARLES A. MUNN and Others, Copartners, etc., Respondents, v. W. GORDON McCABE, JR., Individually and Doing Business under the Firm Name and Style of W. GORDON McCABE & Co., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

FLORENCE S. OCKENDON, Appellant, v. GEORGE W. OCKENDON, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THEODORE B. ROGERS, Appellant, v. RICHARD E. ENRIGHT, as Chief of Police of the City of New York, and Another, Respondents.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MILLER BROS. HAT Co., INC., Appellant, v. A. D. SMITH SONS Co., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.